UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

05 CR 10005 JLT

```
UNITED STATES OF AMERICA      )      CRIMINAL NO.
                              )      VIOLATIONS:
        v.                    )      18 U.S.C. § 1344 (Bank Fraud)
                              )
ANTHONY JUNAID                )
```

## INDICTMENT

COUNT ONE:   18 U.S.C. § 1344 (Bank Fraud)

The Grand Jury charges that:

Beginning in or about September 2001 and continuing until at least March 2002, the exact dates being unknown to the Grand Jury, at Boston, in the District of Massachusetts and elsewhere,

### ANTHONY JUNAID

the defendant herein, did knowingly execute and attempt to execute a scheme and artifice to defraud Fleet Bank, a federally insured financial institution, and to obtain money owned by and under the custody and control of Fleet Bank, by means of false and fraudulent pretenses, representations and promises, in that he deposited into fraudulently opened accounts at Fleet Bank checks he knew to be stolen, altered, and otherwise fraudulent; and then withdrew monies from those accounts.

All in violation of Title 18, United States Code § 1344 and § 2.

## NOTICE OF ADDITIONAL FACTS

The Grand Jury further finds that:

1.    The offense described in Count One of this Indictment resulted in an actual loss to Fleet of $58,537 and involved an intended loss of an additional $54,950. Accordingly, U.S.S.G. § 2B1.1(b)(1)(E) is applicable.

2.    The offense described in Count One of this Indictment involved the unauthorized use of means of identification unlawfully to obtain other means of identification, as described in U.S.S.G. § 2B1.1(b)(10).

2

A TRUE BILL

_____
FOREPERSON OF THE GRAND JURY

_____
JOHN A. CAPIN
Assistant United States Attorney

DISTRICT OF MASSACHUSETTS                January 12, 2005

Returned into the District Court by the Grand Jurors and filed.

_____
Deputy Clerk

12:56P

05 CR 10005 JLT

🖋 JS 45 (5/97) - (Revised USAO MA 1/15/04)

**Criminal Case Cover Sheet**                                    **U.S. District Court - District of Massachusetts**

**Place of Offense:** _____    **Category No.** II_____    **Investigating Agency** POSTAL INSPECTION

**City**  Boston_____          **Related Case Information:**

**County**   Suffolk_____       Superseding Ind./ Inf. _____   Case No. _____
                                          Same Defendant _____  New
                                          Magistrate Judge Case Number   04-00481-RBC_____
                                          Search Warrant Case Number  _____
                                          R 20/R 40 from District of  _____

**Defendant Information:**

Defendant Name  Anthony Junaid_____       Juvenile   ☐ Yes    ☐ No

Alias Name  _____

Address  _____

Birth date (Year only):  1962  SSN (last 4 #): _____  Sex M  Race: _____  Nationality: _____

**Defense Counsel if known:** _____     **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA**  John A. Capin_____      **Bar Number if applicable** _____

**Interpreter:**    ☐ Yes  ☒ No      **List language and/or dialect:** _____

**Matter to be SEALED:**   ☐ Yes   ☒ No

   ☐ **Warrant Requested**       ☐ **Regular Process**       ☐ **In Custody**

**Location Status:**

**Arrest Date:** _____

☒ Already in Federal Custody as   pretrial detainee_____  in   **Southern District NY**_____  .
☐ Already in State Custody _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by _____  on  _____

**Charging Document:**     ☐ Complaint       ☐ Information       ☒ Indictment

**Total # of Counts:**    ☐ Petty _____    ☐ Misdemeanor _____   ☒ Felony  1_____

Continue on Page 2 for Entry of U.S.C. Citations

☒     I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
       accurately set forth above.

**Date:   January 12, 2005**        **Signature of AUSA:**

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number  (To be filled in by deputy clerk):** _____

**Name of Defendant**   Anthony Junaid _____

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1344 | bank fraud | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set | | | |
| Set | | | |
| Set | | | |
| Set | | | |
| Set | | | |
| Set | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

JS45.wpd - 1/15/04 (USAO-MA)