# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

**UNITED STATES OF AMERICA**

        V.                          **CRIMINAL NO. 05CR10005**

**ANTHONY JUNAID**

## NOTICE RE:  AUTOMATIC DISCLOSURE

In accordance with Local Rule (LR) 116.1 the defendant, ANTHONY JUNAID states that no waiver will be filed and requests that the government provide automatic discovery in accordance with LR 116.1(C).

                                          Respectfully submitted,
                                          Anthony Junaid
                                          By his attorney,

Dated:  April 6, 2005        /s/ Edward P. Ryan, Jr.
                                          Edward P. Ryan, Jr., Esq.
                                          O'Connor and Ryan, P.C.
                                          61 Academy Street
                                          Fitchburg, MA 01420
                                          (978) 345-4166
                                          BBO#434960