UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) )  ) |
| v. | ) Criminal No. 05-10005-JLT ) |
| ANTHONY JUNAID | ) ) ) |

**STATUS REPORT**

    The United States, having conferred with counsel for the defendant, reports to the Court that the defendant appeared this week before the Federal District Court for the Southern District of New York and that the New York court has continued the proceeding indefinitely so as to permit the defendant to return to Massachusetts to attempt to resolve this action. For that reason, the parties agree that a writ of habeas corpus ad prosequendum should issue forthwith. A petition for a such a writ is filed herewith.

    In addition, the government, with the assent of the defendant, requests that the Court schedule a further status conference in this case to be held on June 27, 28 , or 30, 2005.

    Respectfully submitted,

    MICHAEL J. SULLIVAN
    United States Attorney

By:    /s/ John A. Capin

    JOHN A. CAPIN
    Assistant U.S. Attorney
    (617) 748-3264

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | Criminal No. 05-10005-JLT |
| ANTHONY JUNAID | ) ) ) | |

PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

The United States of America by and through Assistant United States Attorney John A. Capin respectfully represents:

1. That ANTHONY JUNAID is presently incarcerated at the Brooklyn Metropolitan Detention Center, 80 29th Street, Brooklyn, New York 11232 and that he will be incarcerated at that institution throughout the months of May 2005.

2. That ANTHONY JUNAID is under indictment on charges of bank fraud in the above-captioned case.

3. That the parties have requested that ANTHONY JUNAID be brought to the District of Massachusetts forthwith to continue proceedings above-captioned case.

WHEREFORE, petitioner prays that a Writ of Habeas Corpus Ad Prosequendum issue from this Court to be directed to the Warden, Brooklyn Metropolitan Detention Center, 80 29th Street, Brooklyn, New York 11232 or to any other person having custody and control of ANTHONY JUNAID, commanding them to produce ANTHONY JUNAID forthwith before the United States

District Court, District of Massachusetts, 1 Courthouse Way, Boston, Massachusetts, for the purpose of proceedings above-captioned case.

                                  Respectfully submitted,

                                  MICHAEL J. SULLIVAN
                                  United States Attorney

                By:          _____
                                  JOHN A. CAPIN
                                  Assistant U.S. Attorney
                                  (617) 748-3264

ALLOWED:


_____
ROBERT B. COLLINGS
CHIEF UNITED STATES MAGISTRATE JUDGE