# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

## WRIT OF HABEAS CORPUS

**TO THE MARSHAL FOR THE DISTRICT OF MASSACHUSETTS,** or any of her deputies,

and to:      Warden, Brooklyn Metropolitan Detention Center
               80 29th Street
               Brooklyn, NY 11232

YOU ARE COMMANDED to have the body of   ANTHONY JUNAID   now in your custody, before the United States District Court for the District of Massachusetts, United States Courthouse, 1 Courthouse Way, Courtroom No.   23  , on the   7th   floor, Boston, Massachusetts on June 27 2005, at   2:15 PM   for the purpose of   Status   in the case of UNITED STATES OF AMERICA V.   ANTHONY JUNAID   Docket Number   05-CR-10005-JLT  .

      And you are to retain the body of said   ANTHONY JUNAID   while before said Court upon said day and upon such other days thereafter as his attendance before said Court shall be necessary, and as soon as may be thereafter to return said   ANTHONY JUNAID   to the institution from which he was taken, under safe and secure conduct, to be there imprisoned as if he had not been brought therefrom for the purpose aforesaid. And have you then and there this Writ with your doings herein.

      Dated this   19th   day of   May, 2005  .

SARAH A. THORNTON
CLERK OF COURT

SEAL

By: /s/ Noreen A. Russo
     Noreen A. Russo, Deputy Clerk
     To the Honorable Robert B. Collings

(HabeasJUNAID.wpd - 2/2000)