# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA

    V.                                        CRIMINAL NO. 2005-10005-JLT

ANTHONY JUNAID.

## *ORDER OF EXCLUDABLE DELAY*

COLLINGS, U.S.M.J.

The Court orders the following period of time excludable from the time period within which trial must commence:

1/12/2005 - Indictment returned.

4/7/2005 - Arraignment

4/8 - 5/6/2005 - Excluded pursuant to 18 U.S.C. § 3161(h)(1)(G).

5/3/2005 - Conference held.

5/4 - 6/26/2005 - Excluded pursuant to 18 U.S.C. § 3161(h)(1)(G).

6/27/2005 - Conference held.

6/28 - 9/5/2005 -     Continuance granted so that the defendants' counsel can continue to attempt to reach a plea agreement with the Government. I find that the

       ends of justice served by granting the continuance outweigh the interest of the public and the defendants in a speedy trial.

8/1/2005 - Conference held.

Thus, as of September 5, 2005, no (0) non-excludable days have occurred leaving SEVENTY (70) days left to commence trial so as to be within the seventy-day period for trial set by statute.

August 1, 2005.
       /s/ Robert B. Collings
       ROBERT B. COLLINGS
       United States Magistrate Judge