UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                                )
UNITED STATES OF AMERICA          )
                                                )
            v.                                 )          Criminal No. 05-10005-JLT
                                                )
ANTHONY JUNAID                        )
_____)

## JOINT MEMORANDUM  PURSUANT TO L.R. 116.5(C)

Pursuant to Local Rule 116.5(C), the United States and the defendant in the above-captioned proceeding, (collectively, the "parties") state as follows:

(1) There are no outstanding discovery issues to be presented to or resolved by the Court.

(2) The parties do not anticipate any additional discovery.

(3) The defendant does not intend to raise a defense of insanity or public authority.

(4) The defendant will not raise an alibi defense.

(5) The defendant has not filed and does not intend to file any motion requiring a ruling by the District Court prior to a change-of plea hearing.

(6) The parties agree that there is no matter that requires scheduling other than a change-of-plea hearing.

(7) It is the defendant's present intention to enter a plea of guilty to the charges in this case and to charges pending in federal district court for the Southern District of New York, which charges the parties currently intend to have transferred to this district for the purposes of plea and sentencing, pursuant to Fed. R. Crim. P. 20.

(8) The parties concur with the Court's exclusion of the entire period from the date of the defendant's arraignment, on April 7, 2005, to the date of the final status conference, on September 5, 2005.  *See* Docket Entry 13.  Thus, as of September 5, 2005, no (0) non-excludable

days will have occurred, leaving seventy (70) days to commence trial so as to be within the

seventy-day period set by the Speedy Trial Act.

(9) The parties do not anticipate a trial as the defendant currently intends to enter a plea

of guilty.


Respectfully submitted,

ANTHONY JUNAID                              MICHAEL J. SULLIVAN
By his Attorney                             United States Attorney

/s/ Edward P. Ryan, Jr.          By:    /s/ John A. Capin
_____         _____
Edward P. Ryan, Jr.                     JOHN A. CAPIN
O'Connor & Ryan, P.C.                   Assistant U.S. Attorney
(978) 345-4166                          (617) 748-3264