UNITED STATES DISTRICT COURT
DISTRICT OF MASSAHCUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | |
| ) | NO. 05-10005-JLT |
| ANTHONY JUNAID, ) | |
| DEFENDANT ) | |

### DEFENDANT'S MOTION TO CONTINUE CHANGE OF PLEA/RULE 11 HEARING

Now comes the Defendant in the above-entitled matter and moves to continue the change of plea/Rule 11 hearing now scheduled for November 29, 2005 at 2:15 PM.

As grounds for this motion, the undersigned states:

1. The Defendant is still in the process of finalizing a plea agreement with the government.

2. The Defendant has this date filed a Motion for a Pre-Plea Sentence investigation.

Accordingly, the Defendant moves that the Change of Plea/Rule 11 Hearing now scheduled for November 29, 2005 be continued.

Respectfully submitted,
The Defendant, by his attorney

/s/ Edward P. Ryan Jr.

November 17, 2005

_____

Edward P. Ryan Jr.
O'Connor and Ryan, P.C.
61 Academy Street
Fitchburg, MA 01420
978-345-4166
BBO # 434960