UNITED STATES DISTRICT COURT
DISTRICT OF MASSAHCUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>vs.    )<br>)  NO.  05-10005-JLT<br>ANTHONY JUNAID,    )<br>DEFENDANT    ) | |

### DEFENDANT, ANTHONY JUNAID'S MOTION FOR A
### PRE-PLEA PRESENTENCE REPORT

Now comes the Defendant, Anthony Junaid, and moves this Honorable Court to order a Pre-Plea Presentence Report prepared by the Probation Department.

As grounds for this request, defense counsel states that a Pre-Plea Presentence Report is necessary to accurately assess the guideline criminal penalties and other sentencing options available to the Court pursuant to 18 U.S.C. § 3553 as Mr. Junaid considers the alternatives to trial of the crime alleged in the above-captioned indictment.

Respectfully submitted,
The Defendant, by his attorney

/s/ Edward P. Ryan Jr.

_____
Edward P. Ryan Jr.
O'Connor and Ryan, P.C.
61 Academy Street
Fitchburg, MA 01420
978-345-4166
BBO # 434960

Dated:  November 17, 2005