UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                    )
UNITED STATES OF AMERICA            )
                                    )
         v.                         )     Criminal No. 05-10005-JLT
                                    )
ANTHONY JUNAID                      )
_____)

**JOINT MOTION TO CONTINUE CHANGE-OF-PLEA AND SENTENCING HEARING AND TO EXCLUDE PERIOD OF CONTINUANCE UNDER SPEEDY TRAIL ACT**

The United States and the defendant, Anthony Junaid, hereby move the Court to continue the change-of-plea and sentencing hearing in this action – currently scheduled to be held on February 21, 2006 – for 30 days.  The parties further move the Court to exclude the period of the continuance from the period within which trial must commence under the Speedy Trial Act, 18 U.S.C. §§ 3161, et seq.  As grounds, the parties state that the Court previously instructed the Probation Department to prepare a pre-plea presentence report and scheduled a change-of-plea and sentencing hearing to be held on February 21, 2005.  Due to recent developments, the parties require additional time to negotiate and finalize a plea agreement.

Because the delay resulting from the requested continuance would – by permitting the defendant sufficient time to negotiate a satisfactory plea agreement –  serve the ends of justice and outweigh the best interest of the public and defendant in a speedy trial, the period of the

delay is excludable pursuant to 18 U.S.C. § 3161(h)(8)(A).

Respectfully submitted,

| ANTHONY JUNAID | MICHAEL J. SULLIVAN |
|---|---|
| By his Attorney | United States Attorney |

/s/ Edward P. Ryan, Jr.                             By:    /s/ John A. Capin
_____                        _____

Edward P. Ryan, Jr.                                        JOHN A. CAPIN
O'Connor & Ryan, P.C.                                  Assistant U.S. Attorney
(978) 345-4166                                                (617) 748-3264