UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 05-10005-JLT |
| | ) | 2006 JUL -6 P 4: |
| v. | ) | VIOLATIONS: |
| | ) | 18 U.S.C. § 1344 (BANK FRAUD) |
| ANTHONY JUNAID | ) | 18 U.S.C. §§ 201(b)(1)(A) |
| a/k/a "Herbert James White" | ) | and (C) (BRIBERY) |

## SUPERSEDING INFORMATION

COUNT ONE:   18 U.S.C. SECTION 1344 (BANK FRAUD)

The United States Attorney charges that:

Beginning in or about September 2001 and continuing until at least March 2002, the exact dates being unknown to the Grand Jury, at Boston, in the District of Massachusetts and elsewhere,

ANTHONY JUNAID a/k/a "Herbert James White," the defendant herein, did knowingly execute and attempt to execute a scheme and artifice to defraud Fleet Bank, a federally insured financial institution, and to obtain money owned by and under the custody and control of Fleet Bank, by means of false and fraudulent pretenses, representations and promises, in that he deposited into fraudulently opened accounts at Fleet Bank checks he knew to be stolen, altered, and otherwise fraudulent; and then withdrew monies from those accounts.

All in violation of Title 18, United States Code § 1344 and § 2.

COUNT TWO:    18 U.S.C. §§ 201(b)(1)(A) (BRIBERY)

The United States Attorney charges that:

On or about March 8, 2004, in the Southern District of New York,

ANTHONY JUNAID a/k/a "Herbert James White," the defendant herein, unlawfully, willfully, and knowingly did directly and indirectly, corruptly give, offer, and promise something of value to a public official and person who has been selected to be a public official, and offered and promised a public official and a person who has been selected to be a public official to give a thing of value to another person and entity, with intent to influence an official act, and to induce such public official and such person who has been selected to be a public official to do and omit an act in violation of the lawful duty of such official and person, to wit, ANTHONY JUNAID a/k/a "Herbert James White," the defendant, offered two deputy United States Marshals approximately $735 to avoid prosecution in

connection with unlawful possession of access devices.

All in violation of Title 18, United States Code §§ 201(b)(1)(A) and (C).

                                      Respectfully submitted,

                                      MICHAEL J. SULLIVAN
                                      United States Attorney

By: _____
                      JOHN A. CAPIN
                      Assistant U.S. Attorney
                      (617) 748-3264

JS 45 (5/97) - (Revised USAO MA 11/15/05)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |

Place of Offense: Boston           Category No. II           Investigating Agency POSTAL INSP. SVCE

City      Boston                   Related Case Information:

County    Suffolk                  Superseding Ind./ Inf.   Yes (info)        Case No. 05-10005-JLT
                                   Same Defendant    yes                     New Defendant _____
                                   Magistrate Judge Case Number    04-00481-RBC
                                   Search Warrant Case Number      _____
                                   R 20/R 40 from District of      _____

**Defendant Information:**

Defendant Name    Anthony Junaid                             Juvenile   ☐ Yes   ☒ No

Alias Name        Herbert James White

Address           _____

Birth date (Year only): 1962   SSN (last 4 #): ___   Sex __   Race: ___   Nationality: ___

Defense Counsel if known:   Edward P. Ryan, Jr.        Address: 61 Academy Street
                                                                Fitchburg, MA 01420
Bar Number:       _____

**U.S. Attorney Information:**

AUSA     John A. Capin                                  Bar Number if applicable _____

Interpreter:     ☐ Yes  ☒ No        List language and/or dialect: _____

Victims:  ☒ Yes  ☐ No    If Yes, are there multiple crime victims under 18 U.S.C. §3771(d)(2)  ☐ Yes  ☒ No

Matter to be SEALED:      ☐ Yes   ☒ No

☐ Warrant Requested        ☐ Regular Process        ☒ In Custody

**Location Status:**

Arrest Date:    4/7/05

☒ Already in Federal Custody as    pretrial detainee        in    Plymouth Cty HOC    .
☐ Already in State Custody _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by _____   on _____

Charging Document:    ☐ Complaint    ☒ Information    ☐ Indictment

Total # of Counts:    ☐ Petty _____   ☐ Misdemeanor _____   ☒ Felony  2

Continue on Page 2 for Entry of U.S.C. Citations

☐   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date:   7/6/05           Signature of AUSA:  _____

JS 45 (5/97) - (Revised USAO MA 11/15/05) Page 2 of 2 or Reverse

District Court Case Number  (To be filled in by deputy clerk): _____

Name of Defendant     Anthony Junaid _____

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1   18 U.S.C. § 1344 | bank fraud | 1 |
| Set 2   18 U.S.C. § 201(b)(1)(A) and (C) | bribery | 2 |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**