UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>v. )<br>)<br>ANTHONY JUNAID )<br>) | Criminal Nos. 05-10005-JLT<br>06-10153-DPW |

## WAIVER OF INDICTMENT

Defendant Anthony Junaid, after having been advised of the nature of the felony charges in the above-captioned cases, and of his rights, hereby waives prosecution by indictment and consents that this proceeding may be by information instead of by indictment.

_____
ANTHONY JUNAID

Date: August 7, 2006