1217598

≤AO 442   (Rev. 10/03) Warrant for Arrest

FILED
CLERKS OFFICE

# UNITED STATES DISTRICT COURT

District of **Massachusetts**

| UNITED STATES OF AMERICA | |
|---|---|
| v. | **WARRANT FOR ARREST** |
| MARY ANN GIANELLI | |
| | Case Number: 05-10005-NMG |

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest      **MARY ANN GIANELLI**
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[X] Indictment   [ ] Information   [ ] Complaint   [ ] Order of court   [ ] Probation Violation Petition   [ ] Supervised Release Violation Petition   [ ] Violation Notice

charging him or her with   (brief description of offense)

Racketeering Conspiracy, Racketeering, Illegal Gambling Business, Money Laundering Conspiracy, Money Laundering, Structuring Cash Transactions, Making and Subscribing False Tax Return

in violation of Title **18, 31 & 26**    United States Code, Section(s)   **1962, 1955, 1956, 5324, 7206**

**F. DENNIS SAYLOR**
Name of Issuing Officer

**U.S.D.J.**
Title of Issuing Officer

Signature of Issuing Officer

9/13/2006    Worcester, Massachusetts
Date and Location

---

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at

WARRANT EXECUTED BY FBI AT ARREST/ARRAIGNMENT OF DEFENDANT ON 9/19/06

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |