

# Memorandum

To: The Honorable Joseph L. Tauro, U.S. District Court Judge
From: Carmen Pena Wallace, U.S.P.O.
Re: U.S. v Anthony Junaid
Restitution Repayment Schedule
Date: April 3, 2007

This memorandum serves as notification of a fine/restitution payment schedule set upon by the above Probation Department in accordance with the Administrative Office Monograph 114.

It is the responsibility of the supervising probation officer to notify the Court of an agreed-upon payment schedule, thus making a reasonable payment schedule set by the Court. The schedule is based upon the provisions of Monograph 114 and the defendant's ability to pay at the time the schedule is formulated. Periodic reviews of the probationer's financial situation will be made in order to determine whether the schedule shall be changed. In the event any changes are made, the Court will be so advised.

At the present time, the agreement, pending a financial investigation, is as follows:

> Mr. Junaid has agreed to pay his court-ordered financial obligation of $25,000 in monthly installments of $160.

If Your Honor concurs with this payment schedule, please advise by signing below.

Reviewed & Approved by:

_____
Joseph F. LaFratta
Supervising U. S. Probation Officer

Payment Schedule Is Approved

_____
U. S. District Court Judge

4/9/07